UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-

MICHAEL KENNETH RICH,

          Defendant
_____/

Honorable: Robert H. Cleland

Case Nos: 11-cr-20066
          11-cr-20129

STIPULATION AND ORDER
TO HAVE UNITED STATES MARSHAL SERVICE FACILITATE
THE TRANSPORTATION OF MICHAEL KENNETH RICH FOR COURT PROCEEDINGS

    NOW COME the parties, by their respective counsel, and pursuant to 18 USC § 4285, hereby Stipulate and Agree:

    1.    That the Defendant, Michael Kenneth Rich, is indigent and his counsel in these proceedings has been appointed pursuant to the Criminal Justice Act, 18 USC § 3006A.

    2.    That the Defendant, MIchael Kenneth Rich, has been ordered to appear before the Honorable Robert H Cleland in his courtroom in the United States Courthouse in the City of Detroit on Thursday, September 25, 2014 at 11:00 a.m.

    3.    That the Defendant Michael Kenneth Rich, presently resides in Anniston Alabama.

    4.    That the Defendant, Michael Kenneth Rich, does not have the funds to travel from Detroit to his residence in Alabama without the assistance of the United States Marshal who, pursuant to 18 USC §4285, is authorized to pay for and arrange his transportation from Detroit to Anniston, Alabama upon Order of this Court.

     5.      That the parties jointly request this Court enter an Order mandating the United States Marshal Service provide the Defendant, Michael Kenneth Rich, one-way transportation from Detroit, Michigan to Anniston, Alabama.

IT IS SO ORDERED

| | |
|---|---|
| /s/ Eric M Straus (with consent) | /s/ Robert M Morgan |
| ERIC M STRAUS (P 38266) | ROBERT M MORGAN (P 23144) |
| Assistant United States Attorney | Attorney for Michael Kenneth Rich |
| 211 West Fort Streetd | 615 Griswold, Ste. 1125 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9100 | (313) 961-7070 |
| eric.straus@usdoj.gov | morgancrdefense@ameritech.net |

                                            s/Robert H. Cleland_____
                                            ROBERT H. CLELAND
                                          United States District Judge

Dated: September 24, 2014