UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.

Michael Kenneth Rich,

      Defendant.

Case No. 11-20129

Hon. Robert H. Cleland

## ORDER RELEASING HEALTH RECORDS

On January 6, 2016, the court held a conference with counsel and the court's probation officer. Defense counsel notified the court that the Pretrial Services Officer was in possession of numerous medical records relating to Defendant, and that such records are needed for evaluation and review. Therefore, consistent with the approval of both parties,

**IT IS HEREBY ORDERED** the Pretrial Services Officer shall release to the court the records received from the Birmingham Veteran's Administration Medical Center (VMAC) at the Anniston Clinics - Primary Outpatient; Mental Health Notes dated: 8/22/2012, 8/3/2012, 7/27/2012, 7/18/2012 (pages 72-103); and any other medical documents received from the Pretrial Services Officer in Alabama.

**IT IS FURTHER ORDERED** that Clerk shall file the originals under seal and distribute legible copies to counsel for the Defendnt, counsel for the government, and to the assigned Probation Officer.

s/Robert H. Cleland
Hon. Robert H. Cleland
United States District Judge

Entered:   January 21, 2016